**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN )  Case No. EDCV 13-1187 VAP
CALIFORNIA IBEW-NECA )  (OPx)
PENSION PLAN, et al., )
                              )  **JUDGMENT**
              Plaintiffs, )
                              )
     v.                       )
                              )
GOTHAM ELECTRIC, INC., A)
CALIFORNIA CORPORATION, )
                              )
              Defendant. )
_____ )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Minute Order filed herewith, IT IS
ORDERED AND ADJUDGED that Judgment is entered in favor of
Plaintiffs Trustees of the Southern California IBEW-NECA
Pension Plan, Trustees of the Southern California

1  IBEW-NECA Health Trust Fund, Trustees of the Los Angeles

2  County Electrical Educational and Training Trust Fund,

3  Trustees of the National Electrical Benefit Fund,

4  Trustees of the Southern California IBEW-NECA

5  Labor-Management Cooperation Committee, Trustees of the

6  National IBEW-NECA Labor-Management Committee, National

7  Electrical Industry Fund, Administrative Maintenance

8  Fund, and Los Angeles Electrical Workers Credit Union

9  ("Plaintiffs"), against Defendant Gotham Electric, Inc.

10  ("Defendant").  The Court orders that such judgment be

11  entered.

12

13      Pursuant to this Judgment, Defendant is ordered to

14  pay Plaintiffs a total of $42,203.20, calculated as a

15  principal amount of $23,981.85, $14,889.00 in attorney's

16  fees, and (3) $3,332.35 in costs, plus any post-judgment

17  interest as provided by 28 U.S.C. § 1961 from the date of

18  entry of judgment in this action.

19

20  Dated: March 27, 2014      _____

21                              VIRGINIA A. PHILLIPS
                                United States District Judge

22

23

24

25

26

27

28